IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN JACOBSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 02-181 |
| | ) Magistrate Judge Caiazza |
| | ) In Re: Doc. 143 |
| BMW OF NORTH AMERICA, LLC., *et al.*, | ) |
| Defendants. | ) |

### ORDER

IT IS HEREBY ORDERED that the Plaintiffs shall file a response to the Defendants' Motion to Compel (Doc. 143) by October 27, 2005.

IT IS FURTHER ORDERED that until the conclusion of this matter, **all non dispositive motions shall be responded to within eleven (11) calendar days of the date of filing** or the motions will be granted. No extensions of time will be considered.

IT IS SO ORDERED this 20th day of October, 2005.

**October 20, 2005**         s/Francis X. Caiazza
                             Francis X. Caiazza
                             U.S. Magistrate Judge

cc:
Monte J. Rabner, Esq.
429 Fourth Avenue
800 Law & Finance Building
Pittsburgh, PA 15219

Arnd N. von Waldow, Esq.
Wayne W. Ringeisen, Esq.
Reed, Smith, Shaw & McClay
435 Sixth Avenue
Pittsburgh, PA 15219-1886